UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:17-cr-107-FtM-99MRM

OLIVER ROCHER

### **ORDER**

Before the Court is Defendant Oliver Rocher's Motion to Allow a Fingerprint Expert to Take a Fingerprint Exemplar of Mr. Rocher at the Charlotte County Jail for Purposes of Comparing It to Fingerprint Evidence Seized by the Government. (Doc. 45). The Government does not object to the motion.

Rocher has hired Elzner Brown, a fingerprint consultant, to obtain a fingerprint exemplar of him at the Charlotte County Jail, where Rocher is incarcerated. Rocher moves the Court to issue an order allowing Brown to obtain his fingerprint exemplar because the Charlotte County Jail and United States Marshal's Office need such an order. (Doc. 45 at ¶ 3). At the status conference on March 12, 2018, the Court orally granted Rocher's motion with a written order to follow. (Doc. 46). Thus, for the reasons stated on the record, the Court grants Rocher's motion.

Accordingly, it is now

**ORDERED:**

(1) Defendant Oliver Rocher's Motion to Allow a Fingerprint Expert to Take a Fingerprint Exemplar of Rocher at the Charlotte County Jail for Purposes of Comparing It to Fingerprint Evidence Seized by the Government (Doc. 45) is **GRANTED**.

(2) The Charlotte County Jail and the United States Marshal Service are **DIRECTED** to allow Elzner Brown access to Rocher to obtain the fingerprint exemplar.

**DONE AND ORDERED** at Fort Myers, Florida, this 14th day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record