UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                  Case No. 2:17-cr-107-FtM-38MRM

OLIVER ROCHER

_____

## ORDER OF FORFEITURE

The defendant pleaded guilty to Counts One, Two, and Four of the Indictment each of which charge him drug distribution offenses, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and the United States has established that the defendant obtained $4,002.00 in proceeds as a result of the offenses.

The United States moves under 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $4,002.00 in proceeds. The motion is **GRANTED**. The United States is entitled to forfeit the $4,002.00 in proceeds which the defendant obtained as a result of the drug distribution offenses.

Because the $4,002.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $4,002.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 22nd day of October, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record